**Below is the Order of the Court.**

_____
**Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 18-43118 |
| JOSHUA MAYS, | ORDER ON MOTION TO APPROVE SALE OF VEHICLE AT AUCTION |
| Debtor. | |

THIS MATTER having come on before the before the Honorable Mary Jo Heston of the above entitled Court upon the Trustee's Notice and Motion to Approve Sale of Vehicle at Auction, the Court having reviewed the records and files herein, including said motion, finds that adequate and proper notice was provided, and that cause exists to grant the relief provided herein, and having so found, now therefore

IT IS HEREBY ORDERED that the Trustee's motion is granted and the Trustee shall be and is hereby authorized to sell the 2014 Hyundai Azera pursuant to 11 U.S.C. § 363, *et seq.*, by auction conducted by Boardman Orwiler Corp., dba Stokes Auction, and to pay at closing of said sale upon auction, Boardman Orwiler Corp., dba Stokes Auction, 10% of the gross proceeds (minimum $75.00), together with an $35.00 entry fee, a $150.00 buyer's premium (charged to

**ORDER ON MOTION TO APPROVE SALE OF VEHICLE AT AUCTION - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

1 the buyer) and costs incurred, directly from the sale proceeds.

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\JMays\Auction_ord.wpd

**ORDER ON MOTION TO APPROVE SALE OF VEHICLE AT AUCTION - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002